IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    CASE NO. 23-10384-CMB
                                      :
Jeffrey A. Acker and                  :
Carrie L. Acker,                      :    CHAPTER 13
                    Debtors           :
                                      :

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**JEFFREY:**

June 2, 2023

June 9, 2023

June 16, 2023

June 23, 2023

June 30, 2023

July 7, 2023

July 14, 2023

July 21, 2023

**CARRIE:**
NONE

**Next Payment Advice Expected (post-filing):**

July 28, 2023

K.D.                    ACKER, JEFFREY & CARRIE

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/20/2023 |
| Period End Date | 05/26/2023 |
| Pay Date | 06/02/2023 |
| Document | 3269848 |
| Net Pay | $1,621.03 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| JEFFREY A ACKER JR. | Employee Number | D00301104 | Pay Group | UWKLY 6 (S-F) |
| 1735 HIGHWAY 6 | SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| LINESVILLE, PA 16424 | Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| USA | Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| | Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | | RONA/ACIP | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $9.82 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | | | $1,339.56 | |
| Disability | | | $893.04 | $3,119.64 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,655.28 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3,212.73 |
| Regular Hours | 0.0000 | $0.0000 | $0.00 | $18,913.78 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 0.0000 | $0.0000 | $0.00 | $335.40 |
| Shift Rate | 0.0000 | $0.0000 | $0.00 | $1,856.40 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,239.96 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $1,995.88 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 0.0000   Total Hours 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $66.98 | $1,189.38 | $0.00 | $0.00 |
| 401k Loan 1 | No | $0.00 | $258.97 | $0.00 | $0.00 |
| 401k Loan 2 | No | $0.00 | $93.00 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $177.87 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $9.82 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $63.21 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $280.98 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $121.25 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,539.78 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $74.76 | $0.00 | $0.00 |
| PAI | No | $2.54 | $53.34 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $75.81 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $66.98 | $1,189.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $268.79 | $4,201.44 |
| Employee Medicare | $31.04 | $557.78 |
| Social Security Employee Tax | $132.69 | $2,384.98 |
| PA State Income Tax | $0.00 | $1,090.58 |
| SAEGERTOWN | $0.00 | $355.25 |
| SAEGERTOWN BORO | $0.00 | $21.00 |
| PA Unemployment Employee | $1.56 | $28.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4911 | Debit Card | $1,621.03 |
| Total | | $1,621.03 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,233.06 | $2,073.15 | $434.08 | $177.95 | $1,621.03 |
| YTD | $40,485.16 | $37,277.96 | $8,639.04 | $4,438.17 | $27,407.95 |

van.20190727

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/27/2023 |
| Period End Date | 06/02/2023 |
| Pay Date | 06/09/2023 |
| Document | 3282320 |
| Net Pay | $1,238.23 |

## Pay Details

**JEFFREY A ACKER JR.**
1735 HIGHWAY 6
LINESVILLE, PA 16424
USA

| | | | |
|---|---|---|---|
| Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) |
| SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | RONA/ACIP | - |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $10.28 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | | | $446.52 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 12.0000 | $34.6100 | $415.32 | $2,070.60 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3,212.73 |
| Regular Hours | 24.0000 | $34.6100 | $830.64 | $19,744.42 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 0.0000 | $0.0000 | $0.00 | $335.40 |
| Shift Rate | 12.0000 | $2.6000 | $31.20 | |
| Shift Rate | 24.0000 | $2.6000 | $62.40 | $1,950.00 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,239.96 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $1,995.88 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 24.0000    Total Hours 36.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $53.58 | $1,242.96 | $0.00 | $0.00 |
| 401k Loan 1 | No | $0.00 | $258.97 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $120.71 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $186.34 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $10.28 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $66.22 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $294.36 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $127.20 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,609.77 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $78.32 | $0.00 | $0.00 |
| PAI | No | $2.54 | $55.88 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $79.42 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $53.58 | $1,242.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.51 | $4,374.95 |
| Employee Medicare | $24.55 | $582.33 |
| Social Security Employee Tax | $105.00 | $2,489.98 |
| PA State Income Tax | $38.27 | $1,128.85 |
| SAEGERTOWN | $12.47 | $367.72 |
| SAEGERTOWN BORO | $1.00 | $22.00 |
| PA Unemployment Employee | $1.25 | $29.26 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4911 | Debit Card | $1,238.23 |
| Total | | $1,238.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,786.54 | $1,640.03 | $356.05 | $192.26 | $1,238.23 |
| YTD | $42,271.70 | $38,917.99 | $9,995.09 | $4,630.43 | $28,646.18 |

ver 20190727

**Parker**

Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

Pay Statement
Period Begin Date 06/03/2023
Period End Date 06/09/2023
Pay Date 06/16/2023
Document 3308869

Net Pay $1,301.31

## Pay Details

| | | | | |
|---|---|---|---|---|
| JEFFREY A ACKER JR. | Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) |
| 1735 HIGHWAY 6 | SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| LINESVILLE, PA 16424 | Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| USA | Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| | Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | | RONA/ACIP | - |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $10.74 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 8.0000 | $51.9150 | $415.32 | $3,628.05 |
| Regular Hours | 40.0000 | $34.6100 | $1,384.40 | $21,128.82 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 8.0000 | $3.9000 | $31.20 | $365.60 |
| Shift Rate | 40.0000 | $2.6000 | $104.00 | $2,054.00 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,239.96 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $1,995.88 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 48.0000   Total Hours 48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $58.05 | $1,301.01 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $272.77 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $148.42 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $194.81 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $10.74 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $69.23 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $307.74 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $133.15 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,679.76 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $81.88 | $0.00 | $0.00 |
| PAI | No | $2.54 | $58.42 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $83.03 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $58.05 | $1,301.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $205.27 | $4,580.22 |
| Employee Medicare | $26.72 | $609.05 |
| Social Security Employee Tax | $114.23 | $2,604.21 |
| PA State Income Tax | $56.55 | $1,185.40 |
| SAEGERTOWN | $18.42 | $386.14 |
| SAEGERTOWN BORO | $1.00 | $23.00 |
| PA Unemployment Employee | $1.35 | $30.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4911 | Debit Card | $1,301.31 |
| Total | | $1,301.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,935.38 | $1,784.40 | $423.54 | $210.53 | $1,301.31 |
| YTD | $44,207.08 | $40,702.39 | $9,418.63 | $4,840.96 | $29,947.49 |

van 20190727



**Lord Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/10/2023 |
| Period End Date | 06/16/2023 |
| Pay Date | 06/23/2023 |
| Document | 3335419 |
| Net Pay | $921.05 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| JEFFREY A ACKER JR. | Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) |
| 1735 HIGHWAY 6 | SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| LINESVILLE, PA 16424 | Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| USA | Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| | Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | | RONA/ACIP | - |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $11.20 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3,628.05 |
| Regular Hours | 36.0000 | $34.6100 | $1,245.96 | $22,374.78 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 0.0000 | $0.0000 | $0.00 | $366.60 |
| Shift Rate | 36.0000 | $2.6000 | $93.60 | $2,147.60 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,239.96 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $1,995.88 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 36.0000    Total Hours 36.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $40.19 | $1,341.20 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $286.57 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $176.13 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $203.28 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $11.20 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $72.24 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $321.12 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $139.10 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,749.75 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $85.44 | $0.00 | $0.00 |
| PAI | No | $2.54 | $60.96 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $86.64 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $40.19 | $1,341.20 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.22 | $4,658.44 |
| Employee Medicare | $18.08 | $627.13 |
| Social Security Employee Tax | $77.32 | $2,681.53 |
| PA State Income Tax | $38.27 | $1,223.67 |
| SAEGERTOWN | $12.47 | $398.61 |
| SAEGERTOWN BORO | $1.00 | $24.00 |
| PA Unemployment Employee | $0.94 | $31.55 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx4911 | Debit Card | $921.05 |
| Total | | $921.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,340.02 | $1,206.90 | $226.30 | $192.67 | $921.05 |
| YTD | $45,547.10 | $41,909.29 | $9,644.93 | $5,033.63 | $30,868.54 |

vsn 20190727

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Begin Date | 06/17/2023 |
| Period End Date | 06/23/2023 |
| Pay Date | 06/30/2023 |
| Document | 3342279 |
| Net Pay | $1,301.31 |

## Pay Details

| | | | |
|---|---|---|---|
| JEFFREY A ACKER JR. | Employee Number 000301104 | Pay Group | UWKLY 6 (S-F) |
| 1735 HIGHWAY 6 | SSN XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| LINESVILLE, PA 16424 | Job Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| USA | Pay Rate $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| | Pay Frequency Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | RONA/ACIP | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $11.66 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3,628.05 |
| Regular Hours | 36.0000 | $34.6100 | $1,245.96 | $23,620.74 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 8.0000 | $3.9000 | $31.20 | $397.80 |
| Shift Rate | 4.0000 | $2.6000 | $10.40 | |
| Shift Rate | 36.0000 | $2.6000 | $93.60 | $2,251.60 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 8.0000 | $51.9150 | $415.32 | $1,655.28 |
| Vacation Hours | 4.0000 | $34.6100 | $138.44 | $2,134.32 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 36.0000    Total Hours 48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $58.05 | $1,399.25 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $300.37 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $203.84 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $211.75 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $11.66 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $75.25 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $334.50 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $145.05 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,819.74 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $89.00 | $0.00 | $0.00 |
| PAI | No | $2.54 | $63.50 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $90.25 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $58.05 | $1,399.25 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $205.27 | $4,863.71 |
| Employee Medicare | $26.72 | $653.85 |
| Social Security Employee Tax | $114.23 | $2,795.76 |
| PA State Income Tax | $56.55 | $1,280.22 |
| SAEGERTOWN | $18.42 | $417.03 |
| SAEGERTOWN BORO | $1.00 | $25.00 |
| PA Unemployment Employee | $1.35 | $32.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx4911 | Debit Card | $1,301.31 |
| Total | | $1,301.31 |

## Pay Summary

| | Gross | FIT Texable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,935.38 | $1,784.40 | $423.54 | $210.53 | $1,301.31 |
| YTD | $47,482.48 | $43,693.69 | $10,068.47 | $5,244.16 | $32,169.85 |

vsn 20190727

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Begin Date | 06/24/2023 |
| Period End Date | 06/30/2023 |
| Pay Date | 07/07/2023 |
| Document | 3362103 |
| Net Pay | $921.05 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| JEFFREY A ACKER JR. | Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) |
| 1735 HIGHWAY 6 | SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| LINESVILLE, PA 16424 | Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| USA | Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| | Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | | RONA/ACIP | - |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $12.12 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3,628.05 |
| Regular Hours | 24.0000 | $34.6100 | $830.64 | $24,451.38 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 0.0000 | $0.0000 | $0.00 | $397.80 |
| Shift Rate | 24.0000 | $2.6000 | $62.40 | |
| Shift Rate | 12.0000 | $2.6000 | $31.20 | $2,345.20 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,655.28 |
| Vacation Hours | 12.0000 | $34.6100 | $415.32 | $2,549.64 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 24.0000    Total Hours 36.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $40.19 | $1,439.44 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $314.17 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $231.55 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $220.22 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $12.12 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $78.26 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $347.88 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $151.00 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,889.73 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $92.56 | $0.00 | $0.00 |
| PAI | No | $2.54 | $66.04 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $93.86 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $40.19 | $1,439.44 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.22 | $4,941.93 |
| Employee Medicare | $18.08 | $671.93 |
| Social Security Employee Tax | $77.32 | $2,873.08 |
| PA State Income Tax | $38.27 | $1,318.49 |
| SAEGERTOWN | $12.47 | $429.50 |
| SAEGERTOWN BORO | $1.00 | $26.00 |
| PA Unemployment Employee | $0.94 | $33.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4911 | Debit Card | $921.05 |
| Total | | $921.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,340.02 | $1,206.90 | $226.30 | $192.67 | $921.05 |
| YTD | $48,822.50 | $44,900.59 | $10,294.77 | $5,436.83 | $33,090.90 |

vsn 20190727

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/01/2023 |
| Period End Date | 07/07/2023 |
| Pay Date | 07/14/2023 |
| Document | 3385550 |
| Net Pay | $1,301.31 |

## Pay Details

JEFFREY A ACKER JR.
1735 HIGHWAY 6
LINESVILLE, PA 16424
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) | |
| SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 | |
| Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS | |
| Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 | |
| Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN | |
| | | RONA/ACIP | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $12.58 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 8.0000 | $51.9150 | $415.32 | $4,043.37 |
| Regular Hours | 40.0000 | $34.6100 | $1,384.40 | $25,835.78 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 8.0000 | $3.9000 | $31.20 | $429.00 |
| Shift Rate | 40.0000 | $2.6000 | $104.00 | $2,449.20 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,655.28 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $2,549.64 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 48.0000   Total Hours 48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $58.05 | $1,497.49 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $327.97 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $259.26 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $228.69 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $12.58 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $81.27 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $361.26 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $156.95 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $1,959.72 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $96.12 | $0.00 | $0.00 |
| PAI | No | $2.54 | $68.58 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $97.47 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $58.05 | $1,497.49 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $205.27 | $5,147.20 |
| Employee Medicare | $26.72 | $698.65 |
| Social Security Employee Tax | $114.23 | $2,987.31 |
| PA State Income Tax | $55.55 | $1,375.04 |
| SAEGERTOWN | $18.42 | $447.92 |
| SAEGERTOWN BORO | $1.00 | $27.00 |
| PA Unemployment Employee | $1.35 | $35.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx4911 | Debit Card | $1,301.31 |
| Total | | $1,301.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,935.38 | $1,784.40 | $423.54 | $210.53 | $1,301.31 |
| YTD | $50,757.88 | $46,684.99 | $10,718.31 | $5,647.36 | $34,392.21 |

vsn 20190727

**Parker**
Lord Corporation
6035 Parkland Blvd.
Cleveland, OH 44124
216-896-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/08/2023 |
| Period End Date | 07/14/2023 |
| Pay Date | 07/21/2023 |
| Document | 3416933 |
| **Net Pay** | **$921.05** |

## Pay Details

JEFFREY A ACKER JR.
1735 HIGHWAY 6
LINESVILLE, PA 16424
USA

| | | | | |
|---|---|---|---|
| Employee Number | 000301104 | Pay Group | UWKLY 6 (S-F) |
| SSN | XXX-XX-4944 | Tax Location | PA-Saegertown 840 |
| Job | Sr Process Sys Opr | Division | U2P - 2P-LORD ELASTOMER PROCESS |
| Pay Rate | $34.6100 | Estab ID | U840 - SAEGERTOWN PA-LRD-840 |
| Pay Frequency | Weekly | Department | ULX09 - ULX09-SAEGERTOWN |
| | | RONA/ACIP | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| ACIP | 0.0000 | $0.0000 | $0.00 | $2,228.50 |
| ACIP Transition | 0.0000 | $0.0000 | $0.00 | $385.68 |
| Life Ins Taxble | | | $0.46 | $13.04 |
| Supp Benefit | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Disability | 0.0000 | $0.0000 | $0.00 | $3,566.16 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,245.96 |
| Gift | 0.0000 | $0.0000 | $0.00 | $756.69 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,070.60 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $4,043.37 |
| Regular Hours | 36.0000 | $34.6100 | $1,245.96 | $27,081.74 |
| ContinuationPay | 0.0000 | $0.0000 | $0.00 | $358.92 |
| Shift Doubletim | 0.0000 | $0.0000 | $0.00 | $93.60 |
| Shift Overtime | 0.0000 | $0.0000 | $0.00 | $429.00 |
| Shift Rate | 36.0000 | $2.6000 | $93.60 | $2,542.80 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $2,061.60 |
| Time Off 1.5 | 0.0000 | $0.0000 | $0.00 | $1,655.28 |
| Vacation Hours | 0.0000 | $0.0000 | $0.00 | $2,549.64 |
| Volunteer Pay | 0.0000 | $0.0000 | $0.00 | $415.32 |

Total Hours Worked 36.0000    Total Hours 36.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Gross Up Net 0 | No | $0.00 | $500.00 | $0.00 | $0.00 |
| 401k | Yes | $40.19 | $1,537.68 | $0.00 | $0.00 |
| 401k Loan 1 | No | $13.80 | $341.77 | $0.00 | $0.00 |
| 401k Loan 2 | No | $27.71 | $286.97 | $0.00 | $0.00 |
| Accident Inj In | No | $8.47 | $237.16 | $0.00 | $0.00 |
| Life Ins Taxble | No | $0.46 | $13.04 | $0.00 | $0.00 |
| Critical Ill In | No | $3.01 | $84.28 | $0.00 | $0.00 |
| Dental | Yes | $13.38 | $374.64 | $0.00 | $0.00 |
| FSA | Yes | $5.95 | $162.90 | $0.00 | $0.00 |
| Medical | Yes | $69.99 | $2,029.71 | $0.00 | $0.00 |
| Optional Life | No | $3.56 | $99.68 | $0.00 | $0.00 |
| PAI | No | $2.54 | $71.12 | $0.00 | $0.00 |
| Vision | Yes | $3.61 | $101.08 | $0.00 | $0.00 |
| Savgs Pln Match | Yes | $0.00 | $0.00 | $40.19 | $1,537.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.22 | $5,225.42 |
| Employee Medicare | $18.06 | $716.73 |
| Social Security Employee Tax | $77.32 | $3,064.63 |
| PA State Income Tax | $38.27 | $1,413.31 |
| SAEGERTOWN | $12.47 | $460.39 |
| SAEGERTOWN BORO | $1.00 | $28.00 |
| PA Unemployment Employee | $0.94 | $36.13 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4911 | Debit Card | $921.05 |
| Total | | $921.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,340.02 | $1,206.90 | $226.30 | $192.67 | $921.05 |
| YTD | $52,097.90 | $47,891.69 | $10,944.61 | $5,840.03 | $35,313.26 |

vsn 20190727

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10384-CMB |
| | : | |
| Jeffrey A. Acker and | : | |
| Carrie L. Acker, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Carrie L. Acker, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Carrie L. Acker, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security in the amount of $590.00 per month.
3.) I was required to file 2021 - 2022 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: August 21, 2023                                /s/ Carrie L. Acker
                                                                            Debtor