| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jeffrey A. Acker <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4944 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Carrie L. Acker <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5995 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13   7/25/23 |
| Case number: | 23–10384–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey A. Acker | Carrie L. Acker |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1735 Highway 6 <br> Linesville, PA 16424 | 1735 Highway 6 <br> Linesville, PA 16424 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel P. Foster <br> Foster Law Offices <br> 1210 Park Avenue <br> Meadville, PA 16335 | Contact phone 814.724.1165 <br><br> Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 8/22/23 |

**For more information, see page 2**

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 3, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/4/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/3/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/20/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing-proof-claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing-proof-claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**10/3/23** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10384-CMB |
| Jeffrey A. Acker | Chapter 13 |
| Carrie L. Acker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 22, 2023 | Form ID: 309iPGH | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey A. Acker, Carrie L. Acker, 1735 Highway 6, Linesville, PA 16424-6459 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15630248 | | Berkheimer Tax Innovations, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 15630174 | + | John A. Hadley, D.M.D, 505 Poplar Street, Meadville, PA 16335-3057 |
| 15630175 | + | Meadville Dental Center, 640 Alden Street, Meadville, PA 16335-2348 |
| 15630176 | | Meadville Medical & Titusville Hospital, PO Box 219714, Kansas City, MO 64121-9714 |
| 15630177 | | Meadville Medical Center, Payment Processing Center-Avadyne Health, PO Box 801696, Kansas City, MO 64180-1696 |
| 15622163 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 15630178 | | PA Liberty St Emergency Physicians LLC, 781 Liberty Street, Meadville, PA 16335 |
| 15630179 | + | Paul T. Faulk DMD, 155 North 3rd Street, PO Box 492, Conneaut Lake, PA 16316-0492 |
| 15630180 | + | Peter F. White, MD, 505 Poplar Street, Suite 110, Meadville, PA 16335-3081 |
| 15630182 | + | Summit Township VFD Inc. (EMS), 10870 E Plum ST, PO Box 51, Harmonsburg, PA 16422-0051 |
| 15630183 | + | Titusville Area Hospital, 406 W. Oak Street, Titusville, PA 16354-1499 |
| 15630185 | + | Triton Insurance Company, 3001 Meacham Blvd, Suite 100, Fort Worth, TX 76137-4615 |
| 15623523 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |
| 15630187 | + | UPMC Horizon, PO Box 382007, Pittsburgh, PA 15251-8007 |
| 15630188 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15630189 | | USA Radiology of Pennsylvania, PO Box 2153, Department 5627, Birmingham, AL 35287-9283 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@mrdebtbuster.com | Aug 22 2023 23:41:00 | Daniel P. Foster, Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Aug 22 2023 23:41:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 23-10384-CMB    Doc 18    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 309iPGH | Total Noticed: 65 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 22 2023 23:42:00 | 17128-0946<br>Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15622139 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 22 2023 23:41:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15622140 | + EDI: CAPITALONE.COM | Aug 23 2023 03:30:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15622141 | + EDI: CAPITALONE.COM | Aug 23 2023 03:30:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15622142 | + EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15622143 | + EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15622144 | + EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15622145 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15622146 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15622147 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15622148 | EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 15622149 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15622150 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15630249 | + Email/Text: rkiser@co.crawford.pa.us | Aug 22 2023 23:42:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15622151 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2023 23:48:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15622161 | + EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15622152 | + EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15622153 | + Email/Text: kslater@eriefcu.org | Aug 22 2023 23:42:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15622156 | Email/Text: collecadminbankruptcy@fnni.com | Aug 22 2023 23:41:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15622154 | + EDI: AMINFOFP.COM | Aug 23 2023 03:30:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15622155 | + Email/Text: cashiering-administrationservices@flagstar.com | Aug 22 2023 23:42:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15622157 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 22 2023 23:41:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15622158 | + EDI: PHINGENESIS | Aug 23 2023 03:30:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15630173 | Email/Text: bankruptcy@avadynehealth.com | Aug 22 2023 23:41:00 | H&R Accounts, Inc., 5320 22nd Avenue, PO Box |

Case 23-10384-CMB   Doc 18   Filed 08/24/23   Entered 08/25/23 00:26:58   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 309iPGH | Total Noticed: 65 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 672, Moline, IL 61266-0672 |
| 15622159 | + | Email/Text: bankruptcy@huntington.com | Aug 22 2023 23:42:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15622160 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 22 2023 23:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15622162 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2023 00:00:29 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15622164 | + | EDI: AGFINANCE.COM | Aug 23 2023 03:30:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15622165 | | Email/Text: blegal@phfa.org | Aug 22 2023 23:42:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15630181 | | Email/Text: amieg@stcol.com | Aug 22 2023 23:41:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15622166 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622167 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622168 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/Ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622169 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622170 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622171 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622172 | + | EDI: WTRRNBANK.COM | Aug 23 2023 03:30:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15622173 | + | EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15630184 | ^ | MEBN | Aug 23 2023 09:51:12 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15630186 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 22 2023 23:42:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15622174 | + | EDI: CAPITALONE.COM | Aug 23 2023 03:30:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15622175 | + | EDI: BLUESTEM | Aug 23 2023 03:30:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15622176 | ^ | MEBN | Aug 23 2023 09:51:22 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-1      User: auto      Page 4 of 4

Date Rcvd: Aug 22, 2023      Form ID: 309iPGH      Total Noticed: 65

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Carrie L. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jeffrey A. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5