**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jeffrey A. Acker and, | : | Bankruptcy No: 23-10384-CMB |
| Carrie L. Acker, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 26 |
| | : | |
| U.S. Department of Housing and | : | |
| Urban Development, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** U.S. Department of Housing and Urban Development
**Incorrect Address:** 100 Penn Square East, 11th Floor Philadelphia, PA 19107-3325
**Correct Address:** 1500 Pinecroft Road #401 Greensboro, NC 27407

Respectfully Submitted,

Date: October 20, 2023    /s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors