**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 23-10384-CMB |
| Jeffrey A. Acker and, | : | |
| Carrie L. Acker, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 27 |
| | : | |
| UPMC Physician Services, | : | |
| | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     UPMC Physician Services
**Incorrect Address:** PO Box 371980 Pittsburgh, PA 15250-7980
**Correct Address:**   57 Center 339 Sixth Avenue 5th Floor Pittsburgh, PA 15222

                    Respectfully Submitted,

Date:  October 20, 2023           /s/Daniel P. Foster, Esquire
                                            Daniel P. Foster, Esquire
                                            PA I.D. #92376
                                            FOSTER LAW OFFICES
                                            1210 Park Avenue
                                            Meadville, PA 16335
                                            Tel: 814.724.1165
                                            Fax: 814.724.1158
                                            Dan@MrDebtBuster.com
                                            Attorney for Debtors