**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/01/2024

IN RE:

JEFFREY A ACKER
CARRIE L ACKER
1735 HIGHWAY 6
LINESVILLE,  PA  16424
XXX-XX-4944            Debtor(s)

XXX-XX-5995

Case No. 23-10384

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/1/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O FLAGSTAR BANK FSB <br> ATTN BANKRUPTCY DEPT <br> 5151 CORPORATE DR <br> TROY, MI  48098-2639 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 8 <br><br> CLAIM: 0.00 <br> COMMENT: 1267/PL*PMT/DECL*DK4PMT-LMT*FLAGSTAR/PL*BGN 8/23 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 9552 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** <br> C/O ONE MAIN <br> PO BOX 3251 <br><br> EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 3    INT %: 6.00% <br> Court Claim Number: 9 <br><br> CLAIM: 7,000.00 <br> COMMENT: $@6%/PL-DOE* 25.40%/FACE*W/41*DKT! | CRED DESC: VEHICLE <br> ACCOUNT NO.: 9269 |
| **WESTLAKE FINANCIAL SERVICES**\*\* <br> C/O PERITUS PORTFOLIO SERVICES II LLC <br> PO BOX 141419 <br><br> IRVING, TX  75014 | Trustee Claim Number: 4    INT %: 6.00% <br> Court Claim Number: 24 <br><br> CLAIM: 5,816.01 <br> COMMENT: 5759@6%/PL@WESTLAKE PORTFOLIO | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7139 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 21 <br><br> CLAIM: 2,084.88 <br> COMMENT: TBOM | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4876 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 22 <br><br> CLAIM: 572.02 <br> COMMENT: TBOM | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1081 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 5 <br><br> CLAIM: 1,083.31 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7591 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 4 <br><br> CLAIM: 951.84 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2101 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 6 <br><br> CLAIM: 358.54 <br> COMMENT: WLMRT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5085 |
| **CITIBANK NA**\*\* <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 14 <br><br> CLAIM: 526.65 <br> COMMENT: THD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5735 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,268.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0689 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 134.87<br>COMMENT: COMENITY/BIG LOTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9736 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 752.60<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3714 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 950.29<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1581 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br>ERIE, PA 16508 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0100 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7487 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 2,616.30<br>COMMENT: TBOM/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5149 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,506.22<br>COMMENT: TBOM/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7228 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,267.54<br>COMMENT: TBOM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6959 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 973.82<br>COMMENT: 1ST ELECTRONIC BNK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0292 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JOHN HADLEY DMD**<br>505 POPLAR ST<br><br>MEADVILLE, PA 16335-3083 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4803 |
| **KOHLS DEPARTMENT STORE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2253 |
| **MEADVILLE DENTAL CENTER**<br>765 LIBERTY ST<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1673 |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TITUSVILLE HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6265 |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4532 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,054.11<br>COMMENT: CC HLDNGS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6024 |
| **PA LIBERTY STREET EMERGENCY PHYSICIANS**<br>PO BOX 37996<br><br>PHILADELPHIA, PA 19101 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7760 |
| **PAUL FAULK DMD**<br>155 NORTH 3RD ST<br>PO BOX 492<br>CONNEAUT LAKE, PA 16316 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6267 |
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MORT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7281 |
| **PETER WHITE DMD**<br>505 POPLAR ST STE 110<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1440 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SUMMIT TOWNSHIP VFD**<br>10870 E PLUM ST<br>PO BOX 51<br><br>HARMONSBURG, PA 16422 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2478 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS(\*)<br>PO BOX 93024<br><br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 631.66<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9019 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 2,168.15<br>COMMENT: TSC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6465 |
| **TRITON INSURANCE CO**<br>3001 MEACHUM BLVD STE 100<br><br>FORT WORTH, TX 76113 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9269 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 102.72<br>COMMENT: X2698/SCH\*CHP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5995 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br><br>PITTSBURGH, PA 15203 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~HORIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3565 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0470 |
| **USA RADIOLOGY OF PA**<br>PO BOX 2153<br><br>BIRMINGHAM, AL 35287 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0277 |
| **US DEPARTMENT OF HUD\*\***<br>2000 N CLASSEN BLVD STE 3200<br><br>OKLAHOMA CITY, OK 73106 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 0.00<br>COMMENT: NT DUE/CONF\*NT/SCH-PL\*9798/CL\*NT YET DUE | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9683 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O FLAGSTAR BANK FSB<br>ATTN BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,056.93<br>COMMENT: 1267/PL\*FLAGSTAR/SCH-PL\*THRU 7/23 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9552 |

| Creditor | Trustee Claim Info | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.**<br>C/O ONE MAIN<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 16,113.71<br>COMMENT: $=14788.71+REM BAL/DOE*NO GEN UNS/SCH*W/3*DKT! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9269 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 88.52<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ASPIRE VISA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CONNEAUT SD & CONNEAUT TOWNSHIP (EIT)**<br>C/O BERKHEIMER TAX ADMIN - DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 154.14<br>COMMENT: NT/SCH-PL*2020 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1584 |