IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: JEFFREY A ACKER and CARRIE L ACKER | : | Bankruptcy No. | 1-23-BK-10384 |
| | : | Chapter | 13 |
| Debtor | : | | |
| | : | | |
| | : | Claim No. | 24 |
| Movant | : | | |
| WESTLAKE | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| Respondent (if none, then "No Respondent") | : | | |
| No Respondent | | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    WESTLAKE

    Incorrect Address:    c/o Peritus Portfolio Svcs II, LLC
                          PO Box 141419
                          Irving TX 75014

Corrected Address:

    Creditor Name:    WESTLAKE

    Correct Address:    c/o Peritus Portfolio Services II, LLC
                          P.O. Box 1149

Dated    4/23/2025

                                                Signature of Creditor

                                                Typed Name
                                                Georgina Yarbrough

                                                Address
                                                PO Box 141419
                                                Irving TX 75014

                                                Phone No.
                                                (866) 831-5954