IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | JEFFREY A ACKER and CARRIE L ACKER | : | Bankruptcy No.  1-23-BK-10384 |
| | | : | Chapter  13 |
| | Debtor | : | |
| | | : | |
| | | : | Claim No.  24 |
| Movant | | : | |
| WESTLAKE | | : | |
| v. | | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| No Respondent | | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    WESTLAKE

    Incorrect Address:    c/o Peritus Portfolio Svcs II, LLC
                          PO Box 141419
                          Irving TX 75014

Corrected Address:

    Creditor Name:    WESTLAKE

    Correct Address:    c/o Peritus Portfolio Services II, LLC
                          P.O. Box 1149
                          GRAPEVINE TX 76099

Dated    4/23/2025

                                                Signature of Creditor

                                                Typed Name
                                                Georgina Yarbrough

                                                Address
                                                P.O. Box 1149
                                                GRAPEVINE TX 76099

                                                Phone No.
                                                (866) 831-5954