**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| | : | |
| Jeffrey A. Acker AND | : | Case No. 23-10384-CMB |
| Carrie L. Acker | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| Jeffrey A. Acker AND | : | |
| Carrie L. Acker | : | |
|     Movant(s), | : | Related to Doc. No. 47 |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:   <u>Debtor and Trustee</u>

☐      a motion to lift stay
          as to creditor   _____

☐      Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>August 21, 2023</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐      Debtor(s) Plan payments shall be changed from _____ to $_____ per month, effective _____.                          .

☐      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor(s) shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:

- **Conneaut SD & Township EIT –** Claim #17 will govern.

       **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

       **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>20th</u> day of <u>November</u>, 2025

<u>    Carlota M. Böhm    </u>
United States Bankruptcy Judge <sup>jlm</sup>

FILED
11/20/25 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                          Stipulated by:

/s/ Daniel P. Foster, Esquire          /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                       Counsel to Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10384-CMB |
| Jeffrey A. Acker | Chapter 13 |
| Carrie L. Acker | |
|      Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey A. Acker, Carrie L. Acker, 1735 Highway 6, Linesville, PA 16424-6459 |
| 15643348 | + | Berkheimer, Agent for Conneaut SD/Conneaut Townshi, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15630174 | + | John A. Hadley, D.M.D, 505 Poplar Street, Meadville, PA 16335-3057 |
| 15630175 | + | Meadville Dental Center, 640 Alden Street, Meadville, PA 16335-2348 |
| 15630176 | | Meadville Medical & Titusville Hospital, PO Box 219714, Kansas City, MO 64121-9714 |
| 15630177 | | Meadville Medical Center, Payment Processing Center-Avadyne Health, PO Box 801696, Kansas City, MO 64180-1696 |
| 15630178 | | PA Liberty St Emergency Physicians LLC, 781 Liberty Street, Meadville, PA 16335 |
| 15630179 | + | Paul T. Faulk DMD, 155 North 3rd Street, PO Box 492, Conneaut Lake, PA 16316-0492 |
| 15630180 | + | Peter F. White, MD, 505 Poplar Street, Suite 110, Meadville, PA 16335-3081 |
| 15630182 | + | Summit Township VFD Inc. (EMS), 10870 E Plum ST, PO Box 51, Harmonsburg, PA 16422-0051 |
| 15630183 | + | Titusville Area Hospital, 406 W. Oak Street, Titusville, PA 16354-1499 |
| 15630185 | + | Triton Insurance Company, 3001 Meacham Blvd, Suite 100, Fort Worth, TX 76137-4615 |
| 15623523 | + | U.S. Department of Housing and Urban Development, 1500 Pinecroft Road #401, Greenboro, NC 27407-3810 |
| 15630187 | + | UPMC Horizon, PO Box 382007, Pittsburgh, PA 15251-8007 |
| 15630188 | | UPMC Physician Services, 57 Center 339 Sixth Ave., 5th Fl., Pittsburgh, PA 15222 |
| 15630189 | | USA Radiology of Pennsylvania, PO Box 2153, Department 5627, Birmingham, AL 35287-9283 |
| 15643965 | | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Irving, Tx 75014-1419 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Nov 21 2025 02:01:00 | WESTLAKE, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 15622139 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 02:01:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15630248 | | Email/Text: dltlegal@hab-inc.com | Nov 21 2025 02:01:00 | Berkheimer Tax Innovations, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 15622140 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2025 01:31:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15634940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2025 01:31:52 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15622141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2025 01:34:05 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15622142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2025 02:03:04 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15642699 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2025 01:31:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

15622143    +  Email/PDF: Citi.BNC.Correspondence@citi.com
                                                                    Nov 21 2025 01:34:56    Citibank/Sears, Attn: Centralized Bankruptcy, Po
                                                                                            Box 790040, St Louis, MO 63179-0040

15622144    +  Email/PDF: Citi.BNC.Correspondence@citi.com
                                                                    Nov 21 2025 02:03:06    Citibank/The Home Depot, Citicorp Cr
                                                                                            Srvs/Centralized Bankruptcy, Po Box 790040, St
                                                                                            Louis, MO 63179-0040

15622145    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank, Attn: Bankruptcy, Po Box
                                                                                            182125, Columbus, OH 43218-2125

15622146    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank/Big Lots, Attn: Bankruptcy Dept,
                                                                                            Po Box 182125, Columbus, OH 43218-2125

15622147    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank/Maurices, Attn: Bankruptcy, Po
                                                                                            Box 182125, Columbus, OH 43218-2125

15622148       Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank/Overstock, Attn: Bankruptcy, Po
                                                                                            Box 18215, Columbus, OH 43218

15622149    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank/Peebles, Attn: Bankruptcy, Po
                                                                                            Box 182125, Columbus, OH 43218-2125

15622150    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                                    Nov 21 2025 02:01:00    Comenity Bank/Wayfair, Attn: Bankruptcy, Po
                                                                                            Box 182125, Columbus, OH 43218-2125

15630249    +  Email/Text: mklemm@co.crawford.pa.us
                                                                    Nov 21 2025 02:01:00    Crawford County Tax Claim Bureau, 903
                                                                                            Diamond Park, Meadville, PA 16335-2694

15622151    +  Email/PDF: creditonebknotifications@resurgent.com
                                                                    Nov 21 2025 01:31:11    Credit One Bank, Attn: Bankruptcy Department,
                                                                                            6801 Cimarron Rd, Las Vegas, NV 89113-2273

15622161       Email/PDF: Citi.BNC.Correspondence@citi.com
                                                                    Nov 21 2025 01:33:44    Macys/fdsb, Attn: Bankruptcy, 9111 Duke
                                                                                            Boulevard, Mason, OH 45040

15622152    +  Email/Text: mrdiscen@discover.com
                                                                    Nov 21 2025 02:01:00    Discover Financial, Attn: Bankruptcy, Po Box
                                                                                            3025, New Albany, OH 43054-3025

15622153    +  Email/Text: kslater@eriefcu.org
                                                                    Nov 21 2025 02:01:00    Erie Federal Credit Union, Attn: Bankruptcy, 3503
                                                                                            Peach Street, Erie, PA 16508-2741

15622156       Email/Text: collecadminbankruptcy@fnni.com
                                                                    Nov 21 2025 02:01:00    Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128,
                                                                                            Omaha, NE 68103

15622154    +  Email/PDF: ais.fpc.ebn@aisinfo.com
                                                                    Nov 21 2025 01:34:00    First Premier Bank, Attn: Bankruptcy, Po Box
                                                                                            5524, Sioux Falls, SD 57117-5524

15622155    +  Email/Text: nsm_bk_notices@mrcooper.com
                                                                    Nov 21 2025 02:01:00    Flagstar Bank, Attn: Bankruptcy, 5151 Corporate
                                                                                            Drive, Troy, MI 48098-2639

15639260    +  Email/Text: nsm_bk_notices@mrcooper.com
                                                                    Nov 21 2025 02:01:00    Flagstar Bank, N.A., 5151 Corporate Drive, Troy,
                                                                                            MI 48098-2639

15622157    +  Email/Text: Atlanticus@ebn.phinsolutions.com
                                                                    Nov 21 2025 02:01:00    Fortiva, Attn: Bankruptcy, Po Box 105555,
                                                                                            Atlanta, GA 30348-5555

15622158    +  Email/Text: GenesisFS@ebn.phinsolutions.com
                                                                    Nov 21 2025 02:01:00    Genesis FS Card Services, Attn: Bankruptcy, Po
                                                                                            Box 4477, Beaverton, OR 97076-4401

15630173       Email/Text: ah_bankruptcy@meduitrcm.com
                                                                    Nov 21 2025 02:01:00    H&R Accounts, Inc., 5320 22nd Avenue, PO Box
                                                                                            672, Moline, IL 61266-0672

15622159    +  Email/Text: bankruptcy@huntington.com
                                                                    Nov 21 2025 02:01:00    Huntington National Bank, Attn: Bankruptcy, Po
                                                                                            Box 340996, Columbus, OH 43234-0996

15622160    +  Email/PDF: AIS.cocard.ebn@aisinfo.com
                                                                    Nov 21 2025 01:34:43    Kohls/Capital One, Attn: Credit Administrator, Po
                                                                                            Box 3043, Milwaukee, WI 53201-3043

16528783    ^  MEBN
                                                                    Nov 21 2025 00:47:37    LAKEVIEW LOAN SERVICING, LLC, C/O
                                                                                            M&T Bank as Servicer, P.O. Box 1288, Buffalo,
                                                                                            NY 14240-1288

15643413       Email/PDF: resurgentbknotifications@resurgent.com
                                                                    Nov 21 2025 01:32:02    LVNV Funding, LLC, Resurgent Capital Services,
                                                                                            PO Box 10587, Greenville, SC 29603-0587

15636160       Email/PDF: MerrickBKNotifications@Resurgent.com

District/off: 0315-1                                    User: auto                                    Page 3 of 5

Date Rcvd: Nov 20, 2025                             Form ID: pdf900                             Total Noticed: 75

| | | Nov 21 2025 01:34:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|
| 15622162 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 21 2025 01:34:47 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15622163 | Email/Text: Darren.Pedaci@northwest.com | | |
| | | Nov 21 2025 02:01:00 | Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 15622164 | + Email/PDF: cbp@omf.com | | |
| | | Nov 21 2025 01:33:14 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15622165 | Email/Text: blegal@phfa.org | | |
| | | Nov 21 2025 02:01:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15643814 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 21 2025 02:24:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15640502 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 21 2025 02:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15634018 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 21 2025 02:01:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15640503 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 21 2025 02:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15630181 | Email/Text: amieg@stcol.com | | |
| | | Nov 21 2025 02:01:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15622166 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 01:35:15 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622167 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 01:32:29 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622168 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 02:36:01 | Synchrony Bank/Ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622169 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 02:03:04 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622170 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 01:32:35 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15622171 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 21 2025 02:35:48 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15642900 | Email/Text: bncmail@w-legal.com | | |
| | | Nov 21 2025 02:01:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 15622172 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 21 2025 02:01:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15622173 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 21 2025 01:33:26 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15630184 | ^ MEBN | | |
| | | Nov 21 2025 00:47:26 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15630186 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Nov 21 2025 02:01:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15642205 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Nov 21 2025 02:01:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15641818 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 21 2025 01:31:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15622174 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Nov 21 2025 02:46:28 | Walmart Credit Services/Capital One, Attn: |

District/off: 0315-1 | User: auto | Page 4 of 5
Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 75

| | | | Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15622175 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Nov 21 2025 02:01:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15622176 | ^ | MEBN | |
| | | Nov 21 2025 00:47:21 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | |
| | on behalf of Plaintiff Carrie L. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Jeffrey A. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Plaintiff Jeffrey A. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Carrie L. Acker dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle M DiLeva | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ddileva@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1                                    User: auto                                         Page 5 of 5
Date Rcvd: Nov 20, 2025                           Form ID: pdf900                          Total Noticed: 75

cmecf@chapter13trusteewdpa.com

TOTAL: 9